IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SHARON JACKSON**                                                                                   **PLAINTIFF**

v.                             **CASE NO. 3:13CV00260 BSM**

**AL BLYTHEVILLE OPERATIONS LLC**                                        **DEFENDANT**

## ORDER

Plaintiff Sharon Jackson's motion to remand [Doc. No. 7] is denied as Jackson does not present any facts indicating that remand is appropriate, but rather speculates that remand may be appropriate at a later date if other parties are identified.

IT IS SO ORDERED this 27th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE