**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SHARON JACKSON**                                                                                      **PLAINTIFF**

**v.**                                      **CASE NO. 3:13CV-00260 BSM**

**AL BLYTHEVILLE**
**OPERATIONS LLC**                                                                                  **DEFENDANT**

### ORDER

Pursuant to the parties' joint stipulation, this case is hereby dismissed with prejudice, with each side to bear its own fees and costs.

IT IS SO ORDERED this 19th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE