**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SHARON JACKSON**                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 3:13CV-00260 BSM**

**AL BLYTHEVILLE**
**OPERATIONS LLC**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 19th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE